UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SERGIO CORNELI,

                Plaintiff,

  -against-

ADVENTURE RACING CO., LLC,
JONATHAN LAPPER, CHARLOTTE LAPPER
and CHARLOTTE LAPPER, As Guardian of C.S.,

                Defendants.
----------------------------------------------------------------x

Docket # 1:12 cv 1303

STIPULATION OF
DISMISSAL
PURSUANT TO F.R.C.P.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective attorneys that, as this action has been settled, the above-captioned action is dismissed, with prejudice, against the defendants ADVENTURE RACING CO., LLC, CHARLOTTE LAPPER and CHARLOTTE LAPPER, As Guardian of C.S., pursuant to the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 23, 2015

LIPSIG, SHAPEY, MANUS & MOVERMAN, P.C.
Attorneys for Plaintiff

By _____
    Thomas J. Moverman, Esq.

BURKE, SCOLAMIERO, MORTATI & HURD, LLP
Attorneys for defendant Adventure Racing

By _____
    Peter Scolamiero, Esq.

BAILEY, KELLEHER & JOHNSON, P.C.
Attorneys for defendants CHARLOTTE LAPPER
and CHARLOTTE LAPPER, As Guardian of C.S.

By _____
    John W. Bailey, Esq.

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:   October 30, 2015
         Syracuse, NY